UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOSE TYRONE GILKEY,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-1420-P |
| VERSUS | JUDGE DRELL |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (Doc. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 27th day of January, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE